CHENANGO VALLEY SAVINGS BANK, Appellant, *v.* JOHN L. KING, as Railroad Commissioner of the Town of Genoa, Respondent.

*Chenango Valley Sav. Bank* v. *King,* 66 App. Div. 616, affirmed.
(Argued October 29, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 27, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Israel T. Deyo* for appellant.

*Frederic E. Storke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN and WERNER, JJ. Absent: PARKER, Ch. J.   Dissenting: CULLEN, J.

---

NELLIE BERKERY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Berkery* v. *Erie R. R. Co.,* 55 App. Div. 489, affirmed.
(Argued October 30, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

· *George N. Orcutt* and *James H. Stevens* for appellant.

*Charles J. Bissell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.